## JOHN F. BRADY *v.* JANA S. BRADY
## (10059)

DALY, O'CONNELL and NORCOTT, Js.

Argued January 6—decision released January 28, 1992

*William H. Cashman,* with whom, on the brief, was *Tara L. Knight,* for the appellant (plaintiff).

*James R. Greenfield,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

## NORTHEAST SAVINGS, F.A. *v.*
## KENNETH SCHWARTZ ET AL.
## (10502)

DALY, O'CONNELL and NORCOTT, Js.

Argued January 6—decision released January 28, 1992

*Kerry M. Wisser,* with whom were *Jennifer Jaff* and, on the brief, *Richard P. Weinstein,* for the appellants (defendants).

*Gerald L. Garlick,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.